LENA SOMA, Respondent, *v.* GEORGE HANDRULIS et al., Defendants, and FEDERAL RESERVE BANK OF NEW YORK, Appellant.

Argued May 23, 1939; decided June 19, 1939.

*Ralph M. Carson* and *Francis W. Phillips* for appellant.
*Otho S. Bowling* and *Robert H. Elder* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.